IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. 3:17CV00349 |
| Plaintiff, | JUDGE JAMES G. CARR |
| v. | |
| REAL PROPERTY LOCATED AT 1515-1517 COLUMBUS AVENUE, SANDUSKY, OHIO, PERMANENT PARCEL NUMBERS 57-02231.000 AND 57-02232.000, TITLED TO DAVIS & PINCHOT INVESTMENTS, LLC, | DECREE OF FORFEITURE AND FINAL JUDGMENT |
| Defendant. | |

It is hereby ORDERED, ADJUDGED, AND DECREED:

1. The Government's motion for judgment on the pleadings, based upon the terms as outlined in the settlement agreement, is granted.

2. The following property is hereby forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(A) and (C) and the United States shall assume possession and take control of the forfeited property and shall dispose of it in accordance with law:

> $224,000.00 CASH IN LIEU OF THE FOLLOWING PROPERTY: REAL PROPERTY LOCATED AT 1515-1517 COLUMBUS AVENUE, SANDUSKY, OHIO, PERMANENT PARCEL NUMBERS 57-02231.000 AND 57-02232.000, TITLED TO DAVIS & PINCHOT INVESTMENTS, LLC.

3. Pursuant to Fed. R. Civ. P. 58, this Decree of Forfeiture constitutes a final judgment.

t is so ORDERED this 3rd day of October 2017.

/s/James G. Carr
Sr. U.S. District Judge